IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS A TORRES CRUZ

DEBTOR(S)

CASE NO. 19-03855-EAG

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 3 years

2. The liquidation value of the estate is $: 0

3. The general unsecured pool is $: 0

PLAN DATE: September 03, 2019        PLAN BASE: $18,720.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 1/22/2020

[ ] FAVORABLE            [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):

   debtor is three months in arrears in the amount of $660.00

2. [X] INSUFFICIENTLY FUNDED § 1325(b):

   to pay priority debts with ASUME and IRS.

3. [X] DOMESTIC SUPPORT OBLIGATION:

   • Post-petition payments § 1325(a)(8): debtor needs to provide evidence of post-petition payment of November 2019 until confirmation hearing.

4. [X] FAILS SECTION 1325(a)(9):

   • IRS Tax Returns: provide evidence of filing 2017 1040 PR Form.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ALEXANDRA ROSARIO

/s/ Elvis Cortes
Elvis Cortes

USDC #305214
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CM - SR